UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA S. HUDSON )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VOLUNTEERS OF AMERICA OF )<br>CAROLINAS, THE DUKE HOSPITAL, )<br>VOLUNTEERS OF AMERICA )<br>NATIONAL SERVICES SENIOR )<br>COMMUNITY CARE OF NORTH )<br>CAROLINA, and SOUTHEASTERN )<br>HEALTHCARE OF NORTH CAROLINA )<br>        Defendants. ) | **AMENDED JUDGMENT**<br><br>No. 5:18-CV-191-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss for lack of subject matter jurisdiction, failure to state claim, and insufficiency of process.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 22, 2019, and for the reasons set forth more specifically therein, that defendants', VAC, VOANS and the Duke Hospital's motions to dismiss are GRANTED for lack of jurisdiction, failure to obtain service of process and failure to state a claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 24, 2019 where plaintiff failed to timely respond to the court's order to timely perfect service on defendant Southeastern Healthcare, the court dismisses plaintiff's remaining claims against defendant Southeastern Healthcare WITHOUT PREJUDICE. The court also modifies its prior order and dismisses plaintiff's claims against defendants VAC, VOANS and the Duke Hospital WITH PREJUDICE.

**This Judgment Filed and Entered on May 28, 2019, and Copies To:**
Wanda S. Hudson. (via US mail) P O Box 473, Morrisville, NC 27560
Molly M. Shah, Jonathan E. Hall (via CM/ECF Notice of Electronic Filing)

May 28, 2019					PETER A. MOORE, JR., CLERK

						  /s/ Sandra K. Collins
						(By) Sandra K. Collins, Deputy Clerk